# EXHIBIT "A"

FILED
SEP 12 2022
LANCE C. REID
Chancery Clerk

IN THE CHANCERY COURT OF FORREST COUNTY, MISSISSIPPI

IN THE MATTER OF THE GUARDIANSHIP
OF CHLOE M. HUGHES, A MINOR NO. 22-pr-201-CS

**THE RELIEF SOUGHT IN THIS PETITION MAY AFFECT YOUR LEGAL RIGHTS. YOU HAVE A RIGHT TO NOTICE OF ANY HEARING ON THIS PETITION, TO ATTEND ANY HEARING, AND TO BE REPRESENTED BY AN ATTORNEY.**

---

## PETITION FOR APPOINTMENT OF GUARDIAN

---

COMES NOW James E. Hughes ("Petitioner") and files this Petition for Appointment as Guardian of Chloe M. Hughes ("the Ward") and for other relief, and in support of such petition would show unto the Court the following:

1. Petitioner is the grandfather of the Ward, whose date of birth is November 7, 2007. Petitioner is a bona fide resident of Forrest County, Mississippi, and resides 500 McInnis Spring Road, Hattiesburg, Mississippi. The Ward is a bona fide resident of Forrest County, Mississippi, and resides with the Petitioner in Hattiesburg, Mississippi.

2. Petitioner is not, and has not been, a debtor in a bankruptcy, insolvency or receivership proceeding, nor has he been convicted of a felony, a crime involving dishonesty,

neglect, violence, or use of physical force, or other crime relevant to the functions Petitioner would assume as Guardian.

3. Petitioner is best qualified to serve as Guardian of the Ward in light of Petitioner's relationship with the Ward and Petitioner's skills and ability to perform the duties of such office.

4. It is in the best interest of the Ward to appoint a Guardian for the reasons that: (a) the ward has or may have legal or financial affairs that may be put at unreasonable risk or hindered because of the minor ward's age; (b) such appointment is necessary or desirable to obtain or provide funds or other property needed for the support, care, education, health or welfare of the minor Ward; and/or (c) it is necessary to appoint a Guardian who may then seek authority from the court to engage counsel to litigate a claim on behalf of the minor and seek authority to accept a future settlement and execute a receipt and release for same on behalf of the minor.

5. Petitioner would show that Charlis Hughes, the natural mother of the Ward, joins in this Petition, and it is not necessary to serve notice on any other person in keeping with the provisions of Miss. Code Ann. § 93-20-303(3).

6. The Ward is not entitled to any benefit, estate, or income paid or payable by or through the Veteran's Administration and no notice to said agency is required.

7. Petitioner requests that a hearing on this Petition shall be set for a date and time so as to allow not less than seven (7) days service of notice hereof on the Ward in compliance with the law prior to such hearing.

8. After conducting a hearing on this Petition and upon the entry of a Decree appointing Guardian, Letters of Guardianship should be issued to Petitioner by the Clerk of Court.

9. Petitioner requests the Court to waive requirement of bond for the minor Ward, pursuant to Miss. Code Ann. § 93-20-416(1)(c), for the reason that bond or other asset-protection

arrangement is not necessary to protect the minor's estate. Alternatively, Petitioner requests the Court to waive requirement of bond to the extent that the Guardianship may in the future consist of funds that are deposited in one or more financial institutions (as defined in Miss. Code Ann. § 93-20-416(1)(b)) in this state that are fully insured under the FDIC, which financial institution(s) execute and file with the Court an acknowledgment of receipt of such funds in compliance with Miss. Code Ann. § 93-20-416(7), and which funds will remain on deposit until presentation to the financial institution of a further Order of the Court for disbursement.

WHEREFORE, PREMISES CONSIDERED, Petitioner files this Petition for Appointment of Guardian and requests that, after proper notice to the Ward and the parties entitled to notice, and a hearing of this Petition, the Court will grant the following relief:

1. Enter its decree finding that it is in the best interest of the Ward, Chloe M. Hughes, to appoint a Guardian for the Ward and appointing the Petitioner, James E. Hughes, as Guardian for the Ward;
2. Waive the requirement of bond by Petitioner, as Guardian, pending future order of this Court; and
3. Direct the Clerk of this Court to issue Letters of Guardianship to Petitioner.

Respectfully submitted,

JAMES E. HUGHES, Petitioner

Of Counsel for Petitioner:

Dennis C. Sweet, III (MSB #8105)
SWEET & ASSOCIATES
158 East Pascagoula Street
Jackson, Mississippi 39201
(601) 965-8700

STATE OF MISSISSIPPI

COUNTY OF ~~HINDS~~ Forrest

PERSONALLY APPEARED this 12 day of ~~August~~ September, 2022, before me, the undersigned authority in and for the said jurisdiction, the within named James E. Hughes, who after first being duly sworn, stated on oath that the matters and things set forth in the above and foregoing Petition are true and correct as therein stated.

James E. Hughes

SWORN TO AND SUBSCRIBED BEFORE ME, this 12 day of ~~August~~ September, 2022.

CHANCERY COURT FORREST COUNTY, MS

Lance C. Reid, Chancery Clerk
NOTARY PUBLIC
By: Sandra Bounds DC

My Commission Expires January 2, 2024