# EXHIBIT "B"

# Forrest County Sheriff's Office
# Law Enforcement
# Policies and Procedures

| | |
|---|---|
| **Subject:** Firearms Regulations | **Policy Number:** CP-5.1.5 |
| **Issue Date:** 02/24/2020 | **Revision Date:** 03/28/2023 |
| **Approval Authority**<br>**Title and Signature:** *Sheriff Charlie Sims* | |

## POLICY

The purpose of this policy is to establish guidelines to ensure proper use of Forrest County Sheriff's Office (FCSO) issued firearms. While members must at all times comply with the minimum legal requirements governing the use of firearms, they must also comply with even stricter standards set forth by FCSO policy.

## CORE PRINCIPLES

1. Response to Resistance: Firearms: The discharge of a firearm is always considered as deadly or lethal response to resistance incident. As with all other weapons, the use of a firearm is strictly limited. Members shall discharge their firearms only as a last resort, when all reasonable measures to avoid a response to resistance incorporating deadly or lethal force have been exhausted or when the member has no reasonable or safe choice but to discharge the firearm.

   Unnecessarily drawing, exhibiting, or brandishing a firearm limit a member's alternatives in controlling a situation, create unnecessary anxiety on the part of citizens, and/or may result in an unwarranted or accidental discharge of the firearm.

   During a potential deadly or lethal force encounter, the member has many factors to consider including, but not limited to; identification, location and number of suspects, lighting, terrain, cover, concealment, presence and movement of bystanders, and back drop. With so many factors outside the member's control, the situation that initially suggests the need to shoot might change between the time the pistol is grasped in the holster to the moment of pulling the trigger. The member must always evaluate and must have the necessary skills to de-escalate a situation from the firearm being pointed, to being lowered and holstered, as the member chooses other response to resistance options.

2. Sanctity of Human Life: Members shall make every effort to preserve human life in all situations.

3. Value and Worth of All Persons: All human beings have value and worth, and members shall respect and uphold the value and dignity of all persons at all times.

4. Peaceful Resolutions: Members shall avoid a response to resistance unless it is not possible to do so.

5. De-Escalation: Members shall use de-escalation techniques and tactics to reduce any threat or gain compliance to lawful commands without the use of response to resistance or if a response to resistance is necessary, apply the lowest level of response to bring a situation under control (See Policy GP-7.1.1, De-Escalation and Policy CP-2.1.2, Response to Resistance).

6. Avoiding Escalation: Members shall not do or say anything that provokes or causes an escalation of an encounter unless necessary to achieve a lawful purpose.

7. Assessment: Members will continuously review and assess each situation and change their response as the circumstances evolve. Members may be justified in using response to resistance in one instance, but not justified in using response to resistance an instant later. This duty to assess includes the continuous assessment of circumstances before and after the member discharges a firearm.

8. Response to Resistance: Reasonable, Necessary, and Proportional: Members shall use only the response to resistance that is reasonable, necessary, and proportional to respond to the threat or resistance to effectively and safely resolve an incident, and will immediately reduce the level of the response to resistance as the threat or resistance diminishes.

9. Reporting Response to Resistance: Each member who uses response to resistance , or observes another member or members use response to resistance, shall immediately notify their supervisor, and will report in written format, the response to resistance accurately and completely by the end of their duty shift (See Policy CP-2.2.2, Response to Resistance – Reporting Guidelines).

10. Duty to Intervene: Members shall intervene to prevent the abusive conduct or the use of excessive response to resistance by another member.

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and will not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

11. Duty to Provide Medical Assistance: After any response to resistance incident, members shall immediately render aid to any injured person consistent with the member's training and if determined necessary, request medical assistance. If restrained, persons are not to be positioned facedown as it may cause positional asphyxia, and placing restrained persons on their back may lead to radial nerve damage to the wrists and forearms. Restrained persons are to be placed in a seated position or on their sides.

12. Accountability: Members shall be held accountable for responses to resistance that violate law or policy.

13. Retaliatory Force: Members are prohibited from using response to resistance against persons engaged in First Amendment protected activities or to punish persons for fleeing, resisting arrest or assaulting a member, or for any other reason.

## DEFINITIONS

A record of the make, model, caliber and serial number will be maintained for all firearms defined below.

Approved Handgun: A personally-owned handgun that has been inspected by the FCSO Training Sergeant and formally approved by the Sheriff or his designee for individual use by the member who owns it.

Approved Shotgun: A personally-owned shotgun that has been inspected by the FCSO Training Sergeant and formally approved by the Sheriff or his designee for individual use by the member who owns it.

Approved Rifle: A personally-owned rifle that has been inspected by the FCSO Training Sergeant and formally approved by the Sheriff or his designee for individual use by the member who owns it.

Deadly or Lethal Response to Resistance: Any response to resistance likely to cause death or serious physical injury, whether the member intended to cause death or serious physical injury or not. Deadly or Lethal Response to Resistance includes, but is not limited to:

- The discharge of a firearm at a person;
- Strikes with any hard object such as a baton, flashlight, radio, weapon stock/handle, or improvised impact weapon to the head, neck, sternum, spine, groin, or kidneys;

RESTRICTED LAW ENFORCEMENT DATA
This data is proprietary and will not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

- Intentionally striking a person's head against a hard, fixed object such as a roadway, concrete floor, wall, or iron bars;
- Knee strikes or kicks to a person's head;
- Any strikes to a person's throat;
- "Knee drops" against a prone or supine person's head, neck, or torso;
- Chokeholds/Neck Holds;
- Shooting someone in the head, neck, chest, or back, with a less-lethal launcher at close range.
- A response to resistance on a person whose health, age, condition, or circumstances make it likely death or serious physical injury will result.

Issued Ammunition: Any munitions issued by the FCSO to its members (e.g., lethal and less-lethal ammunition for a firearm, etc.).

Issued Handgun: FCSO-owned handgun that has been inspected by the FCSO Training Sergeant and formally approved by the Sheriff or his designee for use by members of the FCSO.

Issued Rifle: FCSO-owned rifle that has been inspected by the FCSO Training Sergeant and formally approved by the Sheriff or his designee for use by members of the FCSO.

Issued Shotgun: FCSO-owned shotgun that has been inspected by the FCSO Training Sergeant and formally approved by the Sheriff or his designee for use by members of the FCSO.

Issued Firearm: Any make, model, or caliber of firearm owned by the FCSO that has been issued to a member or that is for general utilization by a designated group of properly certified and qualified members.

Reasonable, Necessary, and Proportional: The review of every response to resistance incident will be to determine whether it was objectively reasonable, necessary, and proportional in light of the totality of the circumstances that were known, or should have been known, to the member, and in light of the mandates of FCSO Policies.

- Reasonable: A member uses reasonable force when the member uses no more force than required to perform a lawful purpose.
- Necessary: A response to resistance is necessary only when no reasonably

RESTRICTED LAW ENFORCEMENT DATA
This data is proprietary and will not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

effective alternative is available. When a response to resistance is necessary, members shall use force in a manner that avoids unnecessary injury or risk of injury to members and civilians.

- Proportional: Proportionality measures whether the response to resistance used by the member is rationally related to the level of resistance or aggression confronting the member.

**NOTE**: Members who use response to resistance that is not reasonable, necessary, and proportional will be subject to corrective action, possible discipline, possible criminal prosecution, and/or civil liability.

## GENERAL

Requirement/Authorization to be Armed

1. When on-duty, members shall be armed at all times with an issued firearm or approved handgun and shall only utilize issued ammunition, except when participating in authorized training or a practice session.
2. When off-duty, members are authorized to carry an issued or approved handgun with issued ammunition while located within the State of Mississippi. Off-duty members may also carry their approved handgun with issued ammunition within and outside the State of Mississippi in accordance with federal, state, and local laws. For further information, see the Law Enforcement Officers Safety Act of 2004; limitations apply.

   **NOTE**: Members are not required to be armed when off-duty.
3. Members operating a marked FCSO take-home vehicle shall be armed with an issued firearm or approved handgun, and an FCSO radio, when the FCSO marked take-home vehicle is in use.

## DIRECTIVES

Permitted Uses of a Firearm

Any response to resistance, but particularly the exhibiting, pointing, or discharging of a firearm, must be preceded by an analysis, to the greatest extent possible, applying the principles of the sanctity of life, critical thinking and decision-making, and de-escalation. These principles must be an ever-present priority as a member is making the serious decision of whether to use any type of response to resistance, and particularly deadly or lethal response to resistance.

Any use of a firearm qualifies as a response to resistance, and may only be used when reasonable, necessary, and proportional.

Unholstering, Exhibiting, or Pointing a Firearm

1. Except for administrative reasons, members shall not unholster their firearms unless they anticipate or encounter a dangerous situation in which there is a potential risk of death or serious physical injury to the member or another.

2. Members shall not point a firearm at a person unless they reasonably believe that the person poses a present or imminent threat of death or serious physical injury to the member or another person.

3. Firearms shall be secured or re-holstered as soon as reasonably practicable when deadly or lethal response to resistance is no longer necessary. Firearms must always be holstered by any member attempting to frisk or handcuff a suspect.

Discharging a Firearm

1. The discharging of a firearm constitutes deadly or lethal response to resistance.

2. As per Response to Resistance Policy, a member may use deadly or lethal response to resistance:

    a. When de-escalation and less-lethal force options have been exhausted, and/or are not reasonable based on the totality of the circumstances, and

    b. When the member reasonably believes the action is immediately necessary to protect a member or another person from imminent threat of death or serious physical injury.

    c. Members should consider environmental factors such as field of fire, backdrop, bystanders, potential for ricochet, possibility of over-penetration, and other risks of life.

3. Members shall identify themselves as law enforcement officers and state their intention to use deadly or lethal force before using a firearm if time, safety, and circumstances permit.

    a. Members shall give the person a reasonable opportunity to voluntarily comply.

4. A member who discharges a firearm must continuously assess the circumstances that initially justified the use of deadly or lethal response to resistance and modulate the use of response to resistance according to the

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and will not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

circumstances. Each round fired must be justifiable.

5. After the intentional or unintentional discharge of any firearm, members shall immediately notify a supervisor over radio when on-duty and complete the required actions and reporting as mandated in Response to Resistance Reporting Guidelines for Members.

**EXCEPTION**: Members participating in recreational shooting or firearms training, on-duty or off-duty, need not make the above notifications unless the discharge was accidental or resulted in an injury to the member or another party.

Fleeing Persons

1. Members may discharge a firearm to prevent the escape of a fleeing person if no reasonable response to resistance alternative exists **and** there is probable cause to believe that:

   a. The person has committed or is in the process of committing a felony involving the infliction or threatened infliction of serious physical injury or death, **and**

   b. The escape of the person would pose an imminent threat of death or serious physical injury to the member or another unless the person is apprehended without delay, **and**

   c. Members have identified themselves as law enforcement officers, have stated their intention to use deadly or lethal response to resistance before discharging the firearm, and have given the person a reasonable opportunity to comply voluntarily, if time, safety, and the circumstances permit.

Prohibited Uses of a Firearm

1. Members shall not fire warning shots.

2. Members shall not fire into crowds.

3. Members shall not fire any weapon from or at a moving vehicle, except:

   a. To counter an imminent threat of death or serious physical injury to the member or another person, by a person in the vehicle using means other than the vehicle.

RESTRICTED LAW ENFORCEMENT DATA
This data is proprietary and will not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

   b. To counter a situation where the officer or another person is unavoidably in the path of the vehicle and cannot move to safety. Officers shall avoid positioning themselves in the path of a moving vehicle where they have no option but to use deadly or lethal response to resistance.

4. Members shall not use their firearm as an impact weapon, except in situations where deadly or lethal response to resistance is authorized.

5. Members shall not fire at a threat that is not verified and visible.

6. Members shall not carry a firearm when they are under the influence of any impairing substance or alcohol at any level.

7. As per Response to Resistance Policy, a member may not use deadly or lethal response to resistance:

   a. Solely to protect property interests;

   b. Against a person who is only a threat to themselves.

**NOTE**: See Response to Resistance Policy; Response to Resistance – Reporting Guidelines for further guidance on use of firearms and other use of force guidance.

Dangerous Animals

1. Members are permitted to use firearms to stop a dangerous animal in circumstances where the animal reasonably appears to pose an imminent threat to human or animal safety and alternative options are not available or would likely be ineffective.

2. Members shall conduct pre-raid surveillance prior to executing a Search and Seizure Warrant, to determine if a dangerous animal may be present at the location to be searched.

3. Members shall develop a reasonable contingency plan to control/avoid a dangerous animal prior to confronting the animal when given advance notice that a dangerous animal may be encountered.

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and will not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

Responsibilities Following Firearm Discharges

1. After a member-involved firearm discharge incident, members shall refrain from speaking about the incident until a supervisor arrives on the scene, except to the extent necessary to address safety concerns. Except for necessary tactical information during an active event, involved or witnessing members are prohibited from discussing with each other their observations before, during, or after any member-involved firearm discharge incident.

2. Members shall immediately request emergency medical assistance on their FCSO issued radio, as soon as it is safe to do so, following a member-involved firearm discharge incident, or when a person is hit by a firearm discharge.

3. Members must render medical aid, consistent with their training, to any person injured by a member's or other person's firearm, until medical personnel arrive on the scene. Members have a duty to maximize the likelihood of victim survival.

## REQUIRED ACTION

Safety

1. Treat every firearm as a loaded weapon.

2. Do not place your finger inside of the trigger guard unless prepared to justifiably discharge the weapon.

3. Do not point or aim a weapon in dry firing practice in a location where an accidental discharge could cause damage or injury.

4. Do not allow unauthorized persons to handle issued firearms.

5. Unload firearms in a manner prescribed by Standards & Training before passing the firearm to another or before being stored or positioned where someone else may gain access to it.

6. Always holster slowly, with your thumb on the back of the slide and trigger finger extended outside of the trigger guard.

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and will not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

## Care and Maintenance

1. Properly maintain issued/approved firearms and ammunition. Safeguard them to ensure they are not misplaced, misused, or stolen.

    a. Issued/approved firearms must be cleaned/oiled regularly (minimally once a month) in the manner prescribed by Standards & Training.

    b. Issued ammunition shall be inspected for signs of wear/serviceability. The round in the chamber must be rotated regularly with other rounds in the magazine (minimally once a month) to avoid excessive wear.

2. Ensure all issued/approved firearms and issued ammunition are stored in such a manner as to be inaccessible to any person or member not qualified and/or authorized to access the firearm or ammunition. Storing firearms anywhere in the passenger compartment of a motor vehicle is presumptively insecure and prohibited unless locked in a FCSO-issued or installed secured gun vault, lockbox, or rack. If a firearm must be stored in a vehicle and cannot be locked in a rack or lockbox or secured by some type of lock, placement of the firearm where it is out of sight in a locked trunk will serve as a temporary alternative.

3. When assigned a FCSO-owned handgun, shotgun, or rifle, be responsible for the proper care and security of those firearms.

4. Do not attempt to repair or modify any issued/approved firearm. In the event an issued/approved firearm needs repair or modification, take the firearm to the FCSO Training Sergeant for examination/modification/repair.

5. At no time should any modification or repair be done by an outside source, unless authorized in writing by the FCSO Training Sergeant, Sheriff, or his designee.

## Training

1. All firearms training shall be conducted by a certified firearms instructor and all such training shall be documented in the member's training file.

2. Members will qualify semi-annually with their issued firearms and approved handguns to maintain firearms proficiency. Additional firearms training may be provided throughout the calendar year at the discretion of the FCSO Firearms Instructor/Training Sergeant.

3. When practicing with an issued firearm or approved handgun while off-duty,

RESTRICTED LAW ENFORCEMENT DATA
This data is proprietary and will not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

utilize only high quality, professionally manufactured ammunition. At the end of each practice session, unload any ammunition that is not issued ammunition and restore the issued ammunition when leaving the practice facility.

4. All Members who carry an issued/approved firearm while on-duty or off-duty will be required to qualify on an approved FCSO course of fire overseen by a certified Firearms Instructor and/or FCSO Training Sergeant on a quarterly basis. Officers who are unable to qualify will undergo remedial training under the following procedure:

    a. Members will be provided three (3) opportunities to post a qualifying score of 75% or more (without rounding) on the Mississippi State Law Enforcement Officer Standard Course of Fire. (50 rounds within time constraints from the 3-, 5-, 7-, 15- and 25-yard line). Members failing a firearms qualification course will be given an opportunity to immediately be provided with remedial training by a FCSO Firearms Instructor subject to availability of an instructor and time to conduct the remediation. At the conclusion of the remedial training session a member will be provided with an opportunity for a second attempt to post a qualifying score. If the member chooses to decline a second qualification attempt that day, they will be ineligible to carry their firearm, and if carrying a firearm is a requirement for their position, they will be ineligible to continue working in that position until they are able to post a qualifying score. Members may seek outside-the-agency firearms remediation at their own expense, and on their own time. Members will have three (3) business days (that exclude weekends and holidays) to prepare for and successfully post a qualifying score in the remaining qualification opportunities they have, under the instruction of a FCSO firearms instructor.

    b. If a member is unable to qualify on their first or second attempt, he/she will have the option of one-on-one remedial training with a FCSO Firearms Instructor in addition to seeking instruction from an outside source at his/her own time and expense.

    c. If a member is unable to qualify after three qualification attempts, the Firearms Instructor shall make a written recommendation to the Sheriff as to whether additional training is likely to lead to successful qualification.

    d. Members who are unable to maintain qualification with issued/approved rifles or shotguns will be forbidden from carrying or utilizing such weapons while on-duty or off-duty.

    e. Members who are unable to maintain qualification with an issued/approved handgun are subject to termination from employment.

RESTRICTED LAW ENFORCEMENT DATA
This data is proprietary and will not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

**NOTE**: All employees must successfully complete approved, mandatory training before carrying a firearm on duty. Guidelines for the use and application of firearms are taught during training and should be followed. All required certifications and re-certifications shall be obtained through the Training Division.

Inspection

1. Issued/approved firearms and all issued ammunition assigned to members shall be inspected by the member's direct supervisor monthly. Any firearm that does not pass inspection shall be taken to the Training Sergeant for replacement or repair.

2. Annually, the FCSO's Firearm Instructor and/or Training Sergeant shall inspect all issued/approved firearms for wear or defects. Any firearms found with any defect will not be used by a member while on or off-duty until it has been repaired and it has passed inspection by the department Firearms Instructor and/or Training Sergeant.

3. No member, other than the FCSO Training Sergeant, shall disassemble a department owned firearm further than field stripping for normal maintenance.

**NOTE**: See Appendix A for Firearms and Ammunition Inspection Form.

General Carry Provisions

1. Members whose primary duties involve interactions with citizens and/or enforcement related activities shall carry a fully loaded issued/approved handgun, and a minimum of two fully loaded to capacity spare magazines. All such members must carry on their person at least one less-lethal weapon, which they are trained and certified to use, at all times while on duty.

2. Members assigned to units whose primary duties are administrative or investigative need only carry a fully loaded issued/approved handgun. When engaged in proactive enforcement activity likely to involve detention or arrests, members must carry at least one less-lethal weapon they are trained and certified to use.

3. Unless exigent circumstances exist, ensure any firearm carried when working in a plain-clothes capacity or while off-duty is concealed from public view in a secure holster or secure container designed for that specific weapon.

4. After qualifying with and being provided with an issued handgun, a member may apply to qualify and carry, off-duty or on-duty, a personally owned approved handgun that meets departmental standards and specifications.

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and will not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

5. Generally, only one issued handgun or approved handgun may be carried while on-duty. Utilization of a second handgun as a "back-up" handgun is not permitted unless the member has applied to qualify and carry a secondary handgun. All secondary handguns must be authorized by the Sheriff or his designee.

**EXCEPTION**: Special Weapons & Tactics (SWAT) members often deploy multiple weapons platforms simultaneously during the execution of their tactical duties. Members of SWAT are EXEMPT from the restriction cited above and may carry/utilize all weapons platforms that the member is authorized and certified to deploy when operating in a tactically deployed status.

Restrictions

1. Members shall not transport issued firearms out of the State of Mississippi unless on official business and with prior approval of their immediate supervisor. A member may transport an approved handgun with issued ammunition out-of-state without prior approval.

2. Before entering any secure area of a detention facility:
   a. Secure all weapons in a lockbox and maintain possession of the lockbox key until exiting the secure area.

   b. If no lockbox exists, secure all weapons in the trunk of the vehicle if no lockbox, gun vault, or rack is present in the passenger compartment.

3. Do not store less-lethal equipment boxes and lethal boxes in the same vehicle.

   **EXCEPTION**: Designated vehicles assigned to the Special Operations Division may be used to store less-lethal equipment boxes and lethal shotgun boxes together.

Approval for Personally-Owned Firearms (Approved Firearms)

1. Members wishing to register a personally owned firearm as an approved firearm must:

   a. Complete Section 1 of the Application for Authorization to Carry an Approved Firearm, (See Appendix B).

   b. Submit the Application for Authorization to Carry an Approved Firearm to the FCSO Training Sergeant.

   c. Submit the firearm to the Training Sergeant for inspection.

   d. Qualify with the desired firearm quarterly, or as directed by the Training

RESTRICTED LAW ENFORCEMENT DATA
This data is proprietary and will not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

Division.

Firearms Accessories

1. Members may use an issued or approved personally owned weapon mounted light on any issued/approved firearm.

2. Members may purchase at their own expense and use a sling/sling mounts for utilization with issued/approved rifles and shotguns. All sling mounts must be approved, inspected, and installed by the Training Sergeant.

Modifications

1. Internal modifications such as different trigger styles, magazine releases and etc. as provided by the manufacturer may be installed on an approved/issued firearm by the FCSO Training Sergeant to improve the members ability to operate the firearm.

2. No alterations or modifications of approved firearms will be done without permission of the Training Sergeant, Sheriff or his designee. Each alteration or modification shall be documented as to its nature and purpose. All repairs, alterations and/or modifications to approved firearms shall be at the expense of the owner and not at the expense of the FCSO.

## STORAGE OF ISSUED FIREARMS AND AMMUNITION AT FCSO FACILITIES

To provide for the security of FCSO owned firearms and ammunition, the following standards shall be followed:

1. Firearms and ammunition shall be stored in a secure, cool, and dry area where there is no public access.

2. A secure area in the building (Weapons Vault) is dedicated to firearms and ammunition storage and classified as the Armory. Access to this area is limited to only those personnel who require it.

3. Access to the Armory is controlled by lock and key maintained by the Training Sergeant, Major of Operations and the Sheriff.

4. There shall be an access log that can be inspected.

5. Firearms and ammunition that are not secured in the Armory should be secured in a safe or lockable storage rack. If secured in safes that have combination locks, the combination shall be changed as follows:

RESTRICTED LAW ENFORCEMENT DATA
This data is proprietary and will not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

a. At least twice per year; and

b. When a member with knowledge of the combination leaves the division.

6. The FCSO Training Sergeant shall maintain a complete record of all issued/approved firearms. This record shall list the type, description, identifying model, and serial number of each, as well as the identity of the owner or assignee. The record shall also include the name of the Firearms Instructor/Training Sergeant making the approval, the date of approval, the course fired, and all scores used to qualify the member on the demonstration of proficiency. All approvals should be conditional upon semi-annual re-qualification.

## OFF-DUTY CARRIAGE OF FIREARMS

1. FCSO sworn personnel will carry issued or approved firearms and ammunition when performing on duty and extra duty assignments.

2. FCSO sworn personnel in off-duty status may carry FCSO issued/approved firearms and ammunition. In addition, FCSO sworn personnel in off-duty status may carry any firearm and ammunition they are legally authorized to possess and carry and are not subject to the recording of their off-duty firearm or ammunition on the FCSO Firearms and Ammunition Inspection Sheet attached to this policy (Attachment A). However, members wishing to record and qualify with any off-duty weapon are encouraged to do so and such information will be retained in their training file to be utilized should an incident occur.

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and will not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

## APPENDIX A

Forrest County Sheriff's Office
Firearms and Ammunition Inspection Sheet

Member's Name: ______________________ Badge Number: ________

Duty Assignment: ______________________

| | | | |
|---|---|---|---|
| Weapon Make: | Weapon Model: | Caliber: | Serial No. |
| Ammunition Brand & Name: | Ammunition Caliber/Grain: | Weapon Mounted Flashlight: Y or N | |
| Weapon Make: | Weapon Model: | Caliber: | Serial No. |
| Ammunition Brand & Name: | Ammunition Caliber/Grain: | Weapon Mounted Flashlight: Y or N | |
| Weapon Make: | Weapon Model: | Caliber: | Serial No. |
| Ammunition Brand & Name: | Ammunition Caliber/Grain: | Weapon Mounted Flashlight: Y or N | |

| Condition | Check One |
|---|---|
| Good Condition | |
| Needs Repair (Deliver to Training Sergeant) | |

* If "Needs Repair" please specify the type of repair, if unknown, please explain problems with the firearm.

______________________ Supervisor Conducting the Inspection

______________________ Printed Name

______________________ Badge Number

______________________ Inspection Date

## APPENDIX B

### Forrest County Sheriff's Office
### Application for Authorization to Carry an Approved Firearm

Date: ____________

TO: Forrest County Sheriff's Office Training Sergeant

I, ______________________________________________,
(Print Name, Rank, Duty Assignment, and Badge Number)

respectfully request that the following described firearm be approved for use as an approved firearm. I understand that should the same be approved, all applicable policies and rules of safety which refer to my issued firearm also apply to this approved firearm. I acknowledge this fact by my signature below.

| | | | |
|---|---|---|---|
| **Make:** | | **Model:** | |
| **Serial No.** | | **Origin:** | |
| **Type:** | | | |

Respectfully,

______________________________
(Signature)

(TAKE THIS FORM AND FIREARM TO THE TRAINING SERGEANT FOR INSPECTION)

**ARMORY UNIT**

SERIAL NO. VERIFIED _____ N.C.I.C. CHECK _____ INSPECTED _____

______________________________ ______________________
(Name, Rank) (Date)

APPROVED _____ DISAPPROVED _____

* If disapproved reason:

**FIREARMS INSTRUCTOR**

MAKE __________________ MODEL _______________ SERIAL NO. ____________

QUALIFICATION SCORE ____________ DATE __________________

CERTIFIED BY ____________________________ ASSIGNMENT _________________

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and will not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

## APPENDIX C

Agency Issued Handguns:

- Glock Model 17
- Glock Model 19
- Glock Model 26
- Glock Model 48

Agency Issued Rifles:

- Patriot Ordinance Factory .223
- Windham Weaponry .223
- Bushmaster .223

Agency Issued Shotguns:

- Mossberg 500 12 Gauge
- Remington 870 Express 12 Gauge

Agency Issued Ammunition for Issued/Approved Firearms:

- Hornady Critical Duty 9MM
- Hornady TAP .223
- Winchester Full Metal Jacket 9MM
- PMC Full Metal Jacket 9MM
- Federal 12 Gauge

Agency Approved Firearms for Back-Up/Off Duty:

- Any 9MM Glock Model Handgun